IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ruiz, Javier R

Printed: 7/22/08

Case Number: 07 B 17363
Judge: Squires, John H
Filed: 9/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: June 11, 2008
Confirmed: November 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,200.00 |  |
| Secured: |  | 6,013.29 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 797.91 |
| Trustee Fee: |  | 388.80 |
| Other Funds: |  | 0.00 |
| Totals: | 7,200.00 | 7,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 2,844.50 | 797.91 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 3,200.00 | 2,400.00 |
| 5. | CitiFinancial | Secured | 20,954.87 | 2,205.78 |
| 6. | Wells Fargo Auto Finance | Secured | 12,087.24 | 1,407.51 |
| 7. | America's Servicing Co | Secured | 2,535.90 | 0.00 |
| 8. | America's Servicing Co | Secured | 25,016.17 | 0.00 |
| 9. | B-Real LLC | Unsecured | 58.73 | 0.00 |
| 10. | Wells Fargo Financial Illinois Inc | Unsecured | 112.18 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 2,253.96 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 72.34 | 0.00 |
| 13. | Wells Fargo Auto Finance | Unsecured | 0.00 | 0.00 |
| 14. | Nicor Gas | Unsecured | 60.50 | 0.00 |
| 15. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 16. | Hc Roya | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 69,196.39 | $ 6,811.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 388.80 |
|  | _____ |
|  | $ 388.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ruiz, Javier R

Printed: 7/22/08

Case Number: 07 B 17363
Judge: Squires, John H
Filed: 9/24/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

